**Charlotte JOHNSON, Appellant
(Plaintiff below),**

v.

**Arjum GUPTA, M.D. and Wallace
Sherritt, D.O., Appellee
(Defedant below).**

No. 64S03–9805–CV 272.

Supreme Court of Indiana.

July 8, 1999.

Richard A. Miller, Gouveia & Miller, Merrillville, Indiana, Attorney for Appellant.

to be able to be resolved on non-constitutional grounds, I agree that it is appropriate to proceed

David C. Jensen, Sherry L. Clarke, Judith I. Snare, Eichhorn & Eichhorn, Hammond, IN, Attorneys for Appellee.

**ON PETITION TO TRANSFER**

SELBY, J.

The Court of Appeals, in this case, held that the Medical Malpractice statute of limitations contained in Indiana Code section 34–18–7–1(b)(1998) was constitutional. The constitutionality of this statute of limitations was discussed in two cases decided today, *Martin v. Richey*, 711 N.E.2d 1273, (Ind.1999), and *Van Dusen v. Stotts*, 712 N.E.2d 491 (Ind. 1999). Therefore, we remand this case to the trial court for further proceedings consistent with *Martin* and *Van Dusen*.

SHEPARD, C.J., and DICKSON, SULLIVAN, and BOEHM, JJ., concur.